UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST COMMUNITY BANK,

    Plaintiff,

    v.

LARRY L. MILLER,

    Defendant.
_____/

No. 09-mc-80131 PJH

**ORDER**

The date for the hearing on plaintiff's motion for appointment of a receiver, previously set for May 26, 2010, has been VACATED. The court will issue a decision on the papers.

**IT IS SO ORDERED.**

Dated: May 18, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge