UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST COMMUNITY BANK,

    Plaintiff,

    v.

LARRY L. MILLER,

    Defendant.
_____/

No. 09-80131 MISC PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff First Community Bank's motion for an order to show cause re contempt for failure to comply with subpoena duces tecum; and, if the OSC is granted, to conduct a hearing on the contempt motion and to issue a report and recommendation; and to resolve any issues relating to the validity of the subpoena and any motion to quash that may be filed by third party Reed Smith LLP.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 1, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge