UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

FIRST COMMUNITY BANK,

        Plaintiff,

  v.

LARRY L. MILLER,

        Defendant.

No. MC 09-80131 PJH (LB)

**ORDER RESCHEDULING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

    On June 25, 2010, Plaintiff filed a Motion for Order to Show Cause Re Contempt for Failure to Comply with Subpoena to Produce Documents. ECF No. 27. Plaintiff noticed the hearing before Judge Phyllis J. Hamilton, the presiding judge in this matter, for August 4, 2010. *Id.* at 1. Subsequently, Judge Hamilton referred Plaintiff's Motion to this Court for a Report and Recommendation on July 12, 2010. The Court **HEREBY VACATES** the current hearing date and **RESETS** oral argument on Plaintiff's Motion for <u>August 12, 2010 at 3:00 p.m.</u> in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, California. All parties shall file their briefs according to the original briefing schedule. Defendant's Opposition is due by July 14, 2010. Plaintiff's Reply is

///

///

MC 09-80131
ORDER RESCHEDULING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

1 | due by July 21, 2010.

2 | **IT IS SO ORDERED.**

4 | Dated: July 13, 2010

_____
LAUREL BEELER
United States Magistrate Judge