UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST COMMUNITY BANK,

    Plaintiff,

    v.

LARRY L. MILLER,

    Defendant.
_____/

No. 09-80131 MISC PJH

**ORDER RE BANKRUPTCY STAY**

It appearing from the Notice of Bankruptcy and Automatic Stay filed on April 29, 2011, that defendant Larry L. Miller has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge